NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER DE SANTIAGO-PEREZ, <br><br> Petitioner, <br><br> v. <br><br> WILLIAM P. BARR, <br> United States Attorney General, <br><br> Respondent. | Case No.: 2:17-cv-03790-CJC-JPR <br><br> **JOINT STIPULATED ORDER SETTING INTERVIEW OF EDUARDO MARQUEZ CID PAST DISCOVERY CUT-OFF** <br><br> The Honorable Jean P. Rosenbluth |

UPON STIPULATION OF THE PARTIES and for good cause shown, the Court enters the following:

IT IS HEREBY ORDERED that the parties may mutually interview EDUARDO MARQUEZ CID (also known as Eduardo Marguez Cid) ("Mr. Marquez"), under oath, for discovery and preservation of testimony, at a reasonable date, time, and place (no later than two business days prior to the evidentiary hearing) upon clearance by his treating physician of his fitness to provide testimony.

IT IS FURTHER ORDERED that if Mr. Marquez is not cleared to testify by that time, his testimony will be precluded from the evidentiary hearing.

DATED: May 6, 2019

_____
HON. JEAN P. ROSENBLUTH
U.S. MAGISTRATE JUDGE