JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER DE SANTIAGO-PEREZ, | Case No. CV 17-3790-CJC (JPR) |
| Petitioner, | **JUDGMENT** |
| v. | |
| WILLIAM BARR, Attorney General, et al., | |
| Respondents. | |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that Respondents' summary-judgment motion is granted and that judgment be entered in their favor.

DATED: September 9, 2020

CORMAC J. CARNEY
U.S. DISTRICT JUDGE